1
2
3
4
5
6

7                         UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, JR., on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>DREAMWORKS ANIMATION SKG, INC., PIXAR; LUCASFILM LTD., LLC; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0, INC.; IMAGEMOVERS; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION and SONY PICTURES IMAGEWORKS;<br><br>               Defendants. | Case No. 5:14-cv-04062-LHK<br><br>**STIPULATED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE** |
| GEORGIA CANO, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>PIXAR; DREAMWORKS ANIMATION SKG, INC.; LUCASFILM LTD.; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0 INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION INC.; SONY PICTURES IMAGEWORKS INC.; BLUE SKY STUDIOS, INC.; and DOES 1 through 100,<br><br>               Defendants. | Case No. 5:14-cv-04203-LHK |

[Caption continued next page]

[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE - No: 14-cv-04062-LHK; ETC.

3385177v1/0145011

| | |
|---|---|
| DAVID WENTWORTH, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>LUCASFILM LTD. LLC.; PIXAR; DREAMWORKS ANIMATION SKG, INC., THE WALT DISNEY COMPANY; SONY PICTURES ANIMATION INC.; SONY PICTURES IMAGEWORKS INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; and DIGITAL DOMAIN 3.0 INC.<br><br>                Defendants. | Case No. 5:14-cv-04422-LHK |

[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE - No: 14-cv-04062-LHK; ETC.

3385177v1/0145011

WHEREAS, individual and representative Plaintiffs Robert A. Nitsch, Jr., Georgia Cano, and David Wentworth ("Plaintiffs") have filed complaints ("Complaints") in the above-captioned actions for alleged violations of the Sherman Act, 15 U.S.C. § 1; the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, *et seq.*; and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* by Dreamworks Animation SKG, Inc., Pixar, Lucasfilm Ltd., LLC; The Walt Disney Company, Digital Domain 3.0, Inc., ImageMovers, ImageMovers Digital, Sony Pictures Animation, Sony Pictures Imageworks, and Blue Sky Studios, Inc. ("Defendants");

WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class as will be defined in a consolidated amended complaint;

WHEREAS, Plaintiffs agree to file a master consolidated amended complaint including each of them and superseding the Complaints currently on file;

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of proceedings herein;

**NOW, THEREFORE, THE COURT ORDERS:**

**I.     CONSOLIDATION**

Each of the above-captioned actions (collectively, the "Consolidated Action") is hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a). Within the later of two days after an order from the Court consolidating the above-captioned actions or November 21, 2014, Plaintiffs shall file the Consolidated Amended Complaint. Defendants shall have no obligation to answer, move, or otherwise plead in response to the previously-filed Complaints.

**II.    MASTER DOCKET AND MASTER FILE**

A Master Docket and a Master File under the civil action number that has been assigned to the first-filed case, *Nitsch v. DreamWorks Animation SKG, Inc.*, Case No. 14-CV-4062-LHK, are hereby established for the Consolidated Action. All docket entries regarding the Consolidated

Action shall be docketed under the Master File number 14-CV-4062-LHK.  If a document pertains only to one or some of the consolidated cases, it will be docketed on the Master Docket with the notation in the docket text as to the case number(s) to which it pertains.

### III. APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED OR TRANSFERRED CASES

When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, **and only after counsel call to the attention of the Court and the Clerk the filing or transfer of any such case that might be properly consolidated with this Consolidated Action**, the Clerk of the Court shall make an appropriate entry in the Master Docket.  Counsel for Plaintiffs in the Consolidated Action shall promptly mail a copy of this Order to counsel for plaintiff(s) in each subsequently filed or transferred related action and to counsel for any defendant(s) in each such action not already a party to the Consolidated Action.  Promptly thereafter, upon notice to counsel for the parties in each such action and this Consolidated Action, counsel for Plaintiffs in the Consolidated Action shall submit to the Court a proposed order consolidating any such action with the Consolidated Action. **Unless a party objects to consolidation within ten (10) days after submission of the proposed order, by filing an application for relief and this Court deems it appropriate to grant such application**, each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto.

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE - No: 14-cv-04062-LHK; ETC.
3385177v1/0145011

### IV. CAPTION OF CASES

All papers hereafter filed in the Consolidated Action shall bear the following Caption:

| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Master Docket No. 14-CV-4062-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | |

When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO:" in the caption set forth above. When a pleading or other court paper is intended to be applicable only to a subset of the Actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO:" in the caption described above. The short form of the case caption ([named plaintiff] v. [first named defendant], *et al.*) for such actions may be used.

### V. FILING AND DOCKETING

All papers previously filed and served to date in any of the above-referenced actions are hereby deemed part of the record in 14-CV-4062-LHK.

When a paper is filed and the caption shows that it is to be applicable to "All Actions," such paper shall be filed in the Master File and the Clerk shall note such filing in the Master Docket. Such papers need not be filed, and docket entries need not be made, in any other case file.

When a paper is filed and the caption shows that it is to be applicable to fewer than all of the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note such filing in both the Master Docket and the docket of each such action. Thus, the paper should only be filed in the Master File in 14-CV-4062-LHK.

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE - No: 14-cv-04062-LHK; ETC.
3385177v1/0145011

## VI. ECF AND SERVICE OF DOCUMENTS

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. If counsel has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

All documents shall be e-filed in the Master File in 14-CV-4062-LHK. Papers that are filed electronically through the Court's ECF system are deemed served on all parties as of the date of filing. All other service of papers shall be governed by the Rules of Civil Procedure, unless otherwise agreed by the parties.

## VII. PRESERVATION OF EVIDENCE

Until the parties agree on a preservation plan or the Court orders otherwise, each party shall take reasonable steps to preserve all documents, data, and tangible things containing information potentially relevant to the subject matter of this litigation.

**IT IS HEREBY STIPULATED.**

DATED:   October _29, 2014                COVINGTON & BURLING LLP

                                          By: */s/  Emily Johnson Henn*
                                              Emily Johnson Henn

                                          *Attorneys for Defendants*
                                          The Walt Disney Company
                                          Lucasfilm Ltd. LLC
                                          Pixar
                                          ImageMovers, LLC
                                          ImageMovers Digital

DATED:   October _29, 2014                GIBSON, DUNN & CRUTCHER LLP

                                          By: */s/  Rod J. Stone*
                                              Rod J. Stone

                                          *Attorneys for Defendant*
                                          DreamWorks Animation SKG, Inc.

| | | |
|---|---|---|
| DATED: October _29, 2014 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:  /s/  *Stephen V. Bomse*
     Stephen V. Bomse

*Attorneys for Defendants*
Sony Pictures Animation Inc.
Sony Pictures Imageworks Inc.

DATED: October 29, 2014        DRINKER BIDDLE & REATH LLP

By:  /s/  *Sheldon Eisenberg*
     Sheldon Eisenberg

*Attorneys for Defendant*
Digital Domain 3.0, Inc.

DATED: October 29, 2014        WILLIAMS & CONNOLLY LLP

By:  /s/ *John E. Schmidtlein*
     John E. Schmidtlein

*Attorneys for Defendant*
Blue Sky Studios, Inc.

DATED: October 29, 2014        COHEN MILSTEIN SELLERS & TOLL PLLC

By:  /s/ *Daniel A. Small*
     Daniel A. Small

Attorneys for Plaintiff Robert A. Nitsch

DATED: October 29, 2014        SUSMAN GODFREY LLP

By:  /s/  *Matthew R. Berry*
     Matthew R. Berry

Attorneys for Plaintiff Georgia Cano

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE - No: 14-cv-04062-LHK; ETC.

3385177v1/0145011

1  DATED:   October 29, 2014                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                                By:  */s/  Jeff D. Friedman*
                                                     Jeff D. Friedman

                                                *Attorneys for Plaintiff David Wentworth*

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

DATED:   October 29, 2014                                      By:  /s/  *Matthew R. Berry*
                                                                                    Matthew R. Berry

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE - No: 14-cv-04062-LHK; ETC.
3385177v1/0145011

1  Defendants have also stipulated to filing joint motions, oppositions, and replies.
2  Should a Defendant wish to file a separate brief, it must seek leave of Court before doing so.

**IT IS SO ORDERED.**

3  Dated: ___ November 5, 2014

*Lucy H. Koh*

4  HON. LUCY H. KOH
   UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO
CONSOLIDATE - No: 14-cv-04062-LHK; ETC.

3385177v1/0145011